UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                         Proceeding Date: February 15, 2022

**JUDGE ANN MARIE DONIO**

Court Reporter: Court Conference Line

**TITLE OF CASE:**                                     **DOCKET NO. 19-12002(RMB/AMD) / 19-**
Audra Capps, et al                                     **14122(NLH/AMD) / 20-1118(RMB/AMD)**
v.
Joseph Dixon, et al

**&**

**Barry Cottman**
v.
**Joseph Dixon, et al**

**&**

**Tanika Joyce**
v.
**Joseph Dixon, et al**

**APPEARANCES:**
Louis Shapiro, Esq. for plaintiffs Capps and Joyce
Justin Loughry, Esq. for plaintiff Cottman
Thomas Reynolds, Esq. for defendants Dixon and Runkle
Michael Barker, Esq. and Greg DiLorenzo, Esq. for defendants City of Millville, Farabella, Colon, Mulford, Hoffman, Duffield, E. Zadroga, McLaughlin, C. Zadroga, Redden, Heger, Ayars

**NATURE OF PROCEEDINGS:**    Telephone Status Conference
**DISPOSITION:**
Telephone Status Conference held on the record.
Order to be entered.

                                                                *s/Susan Bush*
                                                                **DEPUTY CLERK**


Time Commenced: 11:02 a.m.  Time Adjourned: 11:58 a.m.  Total time: 56 mins.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings