*Louis Charles Shapiro, P.A.*

1063 East Landis Avenue
Vineland, New Jersey 08360
Telephone (856) 691-6800; Facsimile (856) 794-3326

**LOUIS CHARLES SHAPIRO**
CERTIFIED CRIMINAL TRIAL ATTORNEY
LL.M. IN TRIAL ADVOCACY
MEMBER OF NJ AND PA BARS

**SAMUEL L. SHAPIRO**
ATTORNEY AT LAW
COUNSELOR AT LAW
1940 (ADMITTED TO NJ BAR) - 1996

Email: shap1@prodigy.net
Website: www.louischarlesshapiro.com

March 21, 2022

**BY ELECTRONIC FILING (ECF)**
Hon. Ann Marie Donio, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse, Room 2010
1 John F. Gerry Plaza, 4th & Cooper Streets
Camden, New Jersey 08101

   Re: Audra Capps, et al. v. Joseph Dixon, et al.
      Case No.: 1:19-cv-12002-RMB-AMD

      Tanika Joyce, et al v. Joseph Dixon, et al.
      Case No.: 1:20-cv-01118– RMB-AMD

      Barry Cottman v. Joseph Dixon, et al.
      Case No.: 1:19-cv-14122–NLH-AMD

Dear Judge Donio:

  As the Court will recall, I represent the Plaintiffs in the Capps and Joyce cases. Under the current scheduling order in the Capps case (Doc. 139) dated February 25, 2022, Plaintiffs' expert report(s) and disclosure(s) are due on April 15, 2022. I advised my police practices expert of that shortly after the issuance of the scheduling order. The expert deadlines, however, are less than two months from the issuance of the scheduling order. He advises me that he will need significantly more time in which to finalize his report(s). I also recall that I alluded to a possible request for additional time at our last telephone conference, and since that call my expert has taken the time to compile for me a listing of everything else he has underway, which necessitates my request for additional time on the expert deadline.

  My police practices expert is Jon Shane, Ph.D. He is an associate professor at the John Jay

College of Criminal Justice at the City University of New York. A copy of his publicly available CV is attached. He was also one of the plaintiff's experts in the case of <u>Castellani v. City of Atlantic City</u>, Civ. No. 13-5848 (JBS/AMD). In addition to what I suspect are his teaching duties, and my case, Dr. Shane has the following additional matters he is handling, which he has authorized me to share with the Court. Where no case numbers are provided, Dr. Shane has instead provided attorney contact information:

Reports in Progress

Sean Stearns v. Board of Police Commissioners et al., Case # 4:21-V-662-HFS. Attorney: James T. Thompson Edelman & Thompson, LLC, 3100 Broadway - Suite 1400, Kansas City, Missouri 64111, (816) 994-8318.

State v. Crespo. Indictment # 2019-05-01401-I. grand Jury # 1152. Essex County Prosecutor Alex Albu, (973) 621-4700.

Nemesio Turull v. City of New York, NYPD et al.. CPLR 3101. Attorney Robert T. Parrinelli, APPELL & PARRINELLI, 3 West 35th Street, 6th Floor, New York, New York 10001, (212) 947-0101.

Panella v. US Customs and Border Protection. Attorney E. Carr "Woody" Cornog III, Kearns Rotolo Law, 502 Route 22 West, Suite 3, Lebanon, NJ 08833, 908-534-7900.

Khalil v. City of Paterson. Case No. : 2:18-cv-03241-JLL-SCM. Attorney KENNETH ROSELLINI (6047) 636A Van Houten Avenue Clifton, New Jersey 07013, (973) 998-8376.

Iron Bar v. Town of Morristown. Case # Case No. 2:19-cv-9170. Attorneys Ryder T. Ulon, Thomas N. Gamarello, and Thomas J. Cotton, SCHENCK, PRICE, SMITH & KING, LLP, 220 Park Avenue, P.O. Box 991 Florham Park, New Jersey 07932. 973-539-1000.

Ross v Township of Hillside. ESSEX I Civil Part Docket# L-006897-18. Attorney Brian Gerstein. Garrity Graham. 425 Eagle Rock Avenue, Suite 202, Roseland, NJ 07068. (973) 509-7500 (Ext, 2214).

US v. Palma. Attorney Amy Luria. Critchley, Kinum & Luria, 75 Livingston Avenue, Roseland, New Jersey 07068, (973) 422-9200.

Eric Lawton v. GEORGIA DEPARTMENT OF PUBLIC SAFETY. Attorney Mario Williams, NDH Law, 200 W MLK Blvd, Suite 1000, Chattanooga, Tennessee 37402, 720-547-9211.

Frank Lovato v. City of Clifton. Attorney William J. Rush, 435 Ridgedale Ave, #1, East Hanover, NJ 07936, 201-372-1006/201-401-6538.

Roldan v. Town of Cobleskill. Attorney Elyssa Fried, Finkelstein & Partners, 1279 Rt 300, PO Box 1111, Newburgh, NY 12551, 845-563-9513.

Jose Juan Maysonet. v. City of Chicago. Attorney Jennifer Bonjean. 750 Lexington Ave 9th floor, New York, NY 10022. (718) 875-1850.

Louisville Metro Bomb Squad v. City of Louisville. Attorney Sean Deskins, OLDFATHER LAW FIRM, 1330 South Third Street, LOUISVILLE, KENTUCKY 40208, (502) 637-7200. Pending outcome of LV Metro SWAT case.

Cases in Progress (confirmed trial dates or awaiting trial requiring extensive preparation and attorney consultation)

Banyan v. City of New York. Case # Case No. 17-CV-4942 (LJL) (DF). Attorneys Joshua Luke Rushing, Perry M. Amsellem, Esq., Pryor Cashman, LLP, 7 Times Square, New York, NY 10036. (212) 421-4100. No trial date announced.

Ingrasselino v. Town of Elmwood Park. DOCKET NO. BER-L-1051-19. Attorney Kieran Dowling, Schiller, Pittenger &Galvin, 1771 Front Street, Scotch Plains, NJ 07076. (908) 490-0444 ext. 290. No trial date announced.

Louisville Metro SWAT v. City of Louisville. Attorney Sean Deskins, OLDFATHER LAW FIRM, 1330 South Third Street, LOUISVILLE, KENTUCKY 40208, (502) 637-7200. Trial scheduled for July 19, 2022.

David Hockett v. City of Seattle Police Department. Attorney Sumeer Singla, WSBA #32852, Williams, Kastner & Gibbs, PLLC, 601 Union Street, Suite 4100 Seattle, WA 98101-2380, (206) 628-6600. No trial date announced.

Altidor v. Toms River PD. Attorney Scott McPherson, Escandon, Fernicola, Anderson, Covelli & McPherson, 301 Main Street, Suite 3, Allenhurst, New Jersey 07711, 732-663-1920. No trial date announced.

Jackson v. Passaic County Sheriff's Office. Attorney Theodore Kyles, 685 Van Houten Avenue, Clifton, New Jersey 07013, 973-778-7777. No trial date announced.

D'Alessio v. County of Essex; Essex County Sheriff's Office. Attorney Valerie Palma DeLuisi, Law Offices of Nicholas J. Palma, Esq., P.C., 1425 Broad Street, Second Floor, Clifton, New Jersey 07013, Phone: 973-471-1121. No trial date announced.

M.B. v. Roosevelt Inn, LLC, Alpha Centurion Security, Inc. et al. Civil Action No. 00712. Thomas P. Wagner Esq.

Marshall Dennehey, 2000 Market Street, Suite 2300, Philadelphia, PA 19103. (215) 575-2600. No trial date announced.

Estate of Eric M. Thomas et al. vs. Jersey Central Power and Light Company, FirstEnergy Corp., Township of Andover, Andover Township Police Department et al. Attorney Gina Sorge, Esq. Lum,

Drasco & Positan LLC 103 Eisenhower Parkway, Suite 401 Roseland, NJ 07068. (973) 403-9000. Trial scheduled for April 25, 2022.

US. Paz-Rodriguez. Attorney, Courtney Black ESQ., Hueston & Hennigan, LLP, 523 W. 6th Street, Suite 400, Los Angeles, California, 90014. (213) 788-4340. Hearing scheduled for May 12, 2023.

Sanders v. Otundo. Civil Action No. 17-3604 (KM-MAH). Attorney Aymen Aboushi. The Aboushi Law Firm, PLLC, 1441 Broadway, 5th Floor, New York, NY 10018. No trial date set.

Stevens v. Town of East Fishkill. Attorney Ronald Rosenkranz. Finkelstein & Partners, 1279 Rt 300, PO Box 1111, Newburgh, NY 12551, 845-563-9513. Trial set for June 27, 2022.

Scism v. Schenectady, PD. Attorney Ronald Rosenkranz and Kenneth Fromsen. Finkelstein & Partners, 1279 Rt 300, PO Box 1111, Newburgh, NY 12551, 845-563-9513. Trial set for August 8, 2022.

Padilla v. Township Belleville. Attorney Andrew Carboy. Law Offices of Andrew J. Carboy LLC, One Liberty Plaza 23rd Floor, New York, New York 10020. (212) 520-7565. No trial date announced.

Discovery in our above three cases has just ended. Plaintiff has an IME scheduled on April 14, 2022 with a defense expert. Additionally, there were numerous depositions taken, and materials produced by the defense and by plaintiffs in the discovery (some of it within the last few weeks), which will all need to be integrated and addressed in any report(s) issued by Dr. Shane.

In light of the above, and because of Dr. Shane's numerous other commitments, I would request at least an additional four (4) months be added to the expert deadline period. I would be available to discuss this matter further if the Court believes that a conference call is necessary, except for March 24-29, 2022, when I will be away from the office on a short vacation.

I thank the Court for its consideration of this request.

Respectfully,

LOUIS CHARLES SHAPIRO

Enclosure

cc: A. Michael Barker, Esquire (By ECF)
    Thomas B. Reynolds, Esquire (By ECF)
    Justin T. Loughry, Esquire (By email)
    Jon Shane, Ph.D.
    (All w/encl.)

# Jon M. Shane

John Jay College of Criminal Justice
Department of Law, Police Science and Criminal Justice Administration
524 W. 59th St.
New York, NY 10019
jshane@jjay.cuny.edu

## ACADEMIC QUALIFICATIONS

| | | | |
|---|---|---|---|
| 2008 | Ph.D. | Criminal Justice | School of Criminal Justice, Rutgers University, Newark, NJ |
| 2005 | MA | Criminal Justice | School of Criminal Justice, Rutgers University, Newark, NJ |
| 2002 | BS | Criminal Justice | School of Criminal Justice, Rutgers University, Newark, NJ |

## RESEARCH INTERESTS

Issues in police policy and practice; social disorganization theory; situational crime prevention; problem-oriented policing; secondary effects; violent crime; organizational accidents

## TEACHING POSITIONS AND INSTRUCTIONAL RESPONSIBILITIES

| | | | |
|---|---|---|---|
| 2015-2017 | Director | New York City Police Department, Executive Master's Program | New York, NY |
| 2014-Present | Associate Professor | John Jay College of Criminal Justice (tenured & promoted September, 2014) | New York, NY |
| 2011-Present | Doctoral Faculty | CUNY Graduate Center, Ph.D. Program in Criminal Justice | New York, NY |
| 2009-2014 | Assistant Professor | John Jay College of Criminal Justice | New York, NY |
| 2005-2008 | Adjunct Lecturer | Rutgers University, Newark College of Arts and Sciences | Newark, NJ |
| 2005 | Adjunct Professor | Fairleigh Dickinson University-School of Administrative Science, Petrocelli College | Teaneck, NJ |

## HONORS AND AWARDS

| | | |
|---|---|---|
| The 2014 Academy of Criminal Justice Sciences Outstanding Mentor of the Year | Winner | Feb 21, 2014 |
| The 2012 Award for Outstanding Experimental Field Trial | Winner (research team member) | Nov 2012 |
| The 2011 American Society of Criminology Mentor of the Year | Winner | Aug 26, 2011 |
| The 2010 Emerald/European Foundation for Management Development (EFMD) Outstanding Doctoral Research Award (ODRA) | Highly Commended Award Winner | Jan 24, 2011 |
| Dean's List 2009-2010 | Certificate of appreciation for graduate student mentorship | Oct 28, 2010 |
| Dean's List 2008-2009 | | Oct 15, 2009 |

## COURSES TAUGHT

Advanced Issues in Policing (D)
Contemporary Problems in Community Policing (G)
Criminology (U)
Introduction to Criminal Justice (U)
Introduction to Law Enforcement (U)
Issues in Criminal Justice (Police & Corrections) (G)
Police and the Community (U)
Police Ethics (G)
Problem-Oriented Policing (G)
Using Computers in Social Research (statistics) (G)
D=Doctoral; G=Graduate; U=Undergraduate

## PUBLICATIONS

*Peer-reviewed Journals*

Shane, J. M. & Swenson, Z. (in progress). Patterns of threats in shootings involving unarmed citizens by police officers.
Shane, J.M., Piza, E. & Silva, J. R. (2017). Piracy for Ransom: The implications for situational crime prevention. *Security Journal*.
Twerski, A. D. & Shane, J. (2017). Bringing the science of policing to liability for third-party crime at shopping malls: Resolving the causation conundrum.
Shane, J., Lawton, B. & Swenson, Z. (2017). The prevalence of fatal police shootings by U.S. police, 2015-2016: Patterns and answers from a new data set. *Journal of Criminal Justice, 52*, 101-111.

**Shane, J.M.** (2016). Improving police use of force: A policy essay on national data collection. *Criminal Justice Policy Review.* 1-21.

**Shane, J.M.,** Piza, E. & Mandalla, M. (2015). Situational crime prevention and worldwide piracy: A cross-continent analysis. *Crime Science, 4*(21): 1-13.

**Shane, J.M.** & Magnuson, S. (2014). Successful and unsuccessful pirate attacks worldwide: A situational analysis. *Justice Quarterly.* Advance on-line publication http://dx.doi.org/10.1080/07418825.2014.958187.

**Shane, J.M.** (2012). The police disciplinary sentencing matrix: An emerging concept. *Police Quarterly, 15*(1):62-91.

**Shane, J.M.** (2011). Daily work experiences and police performance. *Police Practice & Research, 13*(3):1-19.

**Shane, J.M.** (2011). Deterrence or system overload? The effect of imprisonment and clearance rates on auto theft in the United States. *Law Enforcement Executive Forum Journal, 11*(1): 149-178.

**Shane, J.M.** (2010). The limits of auto parts marking as a situational crime prevention measure: A qualitative analysis. *Law Enforcement Executive Forum Journal, 10*(3): 109-140.

**Shane, J.M.** (2010). Organizational stressors and police performance. *Journal of Criminal Justice. 38*(4): 807-818.

**Shane, J.M.** (2010). Key administrative and operational differences in the police quasi-military model. *Law Enforcement Executive Forum Journal, 10*(2): 75-106.

**Shane, J.M.** (2010). Performance management in police agencies: A conceptual framework. *Policing: An International Journal of Police Strategies & Management, 33*(1): 6-29.

Sellers, C.L., Sullivan, C.J., Veysey, B.M., & **Shane, J.M.** (2004). Responding to persons with mental illnesses: Police perspectives on specialized and traditional practices. *Behavioral Sciences and the Law, 23*(5): 647-657.

*Books & Book Chapters*

Haq, Q. & **Shane, J.M.** (2012). The impact of work environment on police performance. In V. Sergevnin (ed.), *Critical Issues in American Criminal Justice System.* Russian Academy of National Economy and Public Administration under the President of Russian Federation. Moscow.

**Shane, J.M**. & Lieberman, C.A. (2009). Criminological theories and the problem of modern piracy. In M. Haberfeld and A. von Hassell (eds.), *Modern Piracy and Maritime Terrorism: The Challenge of Piracy for the 21st Century.* Dubuque, IA: Kendall-Hunt Publishing.

**Shane, J.M.** (2009). September 11th terrorist attacks on the United States and the law enforcement response. In M. Haberfeld and A. von Hassell (Eds.), *A New Understanding of Terrorism—Case Studies, Analyses and Lessons Learned.* New York: Springer.

**Shane, J.M**. (2007). *What Every Chief Executive Should Know: Using Data to Measure Police Performance.* New York: Looseleaf Law Publications.

*Monographs & Monograph Chapters*

**Shane, J.** (2016). Confidential Informants: A Closer Look at Police Policy. Springer Briefs in Criminology Series. New York, NY: Springer.

**Shane, J.** (2013). Learning from Error in Policing: A Case Study in Organizational Accident Theory. Springer Briefs in Criminology Series. New York, NY: Springer.

**Shane, J.M.** (2012). Abandoned Properties. Problem-Oriented Guides for Police, Washington, DC: U.S. Department of Justice, Office of Community Oriented Policing Services.

**Shane, J.M.** (2008). Go After Terrorism Grants. Brief # 20. In G. Newman and R.V. Clarke, *Policing Terrorism: An Executive's Guide.* Washington. D.C: U.S. Department of Justice.

**Shane, J.M.** (2008). Developing a Performance Management Model. New York: Looseleaf Law Publications.

*Professional Journals (Non peer reviewed)*

**Shane, J.M.** (2008, September). Developing a performance measurement model. *FBI Law Enforcement Bulletin,* Vol. 77, No. 9.

Delorenzi, D., **Shane, J.M.** & Amendola, K.L. (September 2006). The Compstat process: Managing performance on the pathway to leadership. *Police Chief,* Vol. 73, No. 9.

**Shane, J.M.** (June 2005). Activity-based budgeting: Creating a nexus between workload and costs. *FBI Law Enforcement Bulletin,* Vol. 74, No. 6.

**Shane, J.M.** (April, May, June 2004.). Compstat process. *FBI Law Enforcement Bulletin.* Vol. 73. No. 4, 5 and 6.

**Shane, J.M**. (May 2003). Writing a winning grant proposal. *FBI Law Enforcement Bulletin.* Vol. 72. No. 5.

*Government Publications*

**Shane, J.** (2014). Reducing Failure: A View of Policing Through an Organizational Accident Lens. In "Mending Justice: Sentinel Event Reviews," *National Institute of Justice, Special Report,* pp. 50-52. Washington, D.C: National Institute of Justice.

**Shane, J.M.** (August 5, 2009). Report of the expert panel on parts-marking, professional theft and other vehicle security; Auto body repair shops; Prosecution of parts cases. In. M. Maxfield and R.V. Clarke. *Parts Marking and Anti-theft Devices Technology Study.* For Maryn

        Consulting on behalf of National Highway Traffic and Safety Administration, Washington, D.C. (pp. 107-152).

Clarke, R.V., Zanin, N. & **Shane, J.M.** (August 2004). Reducing drug dealing in private apartment complexes: Final report to the U.S. Department of Justice Office of Community Oriented Police Services on a Project Undertaken in Newark, NJ to Test the Utility of the Problem-Oriented Guides for Police." Washington, D.C.: U.S. Department of Justice, COPS Office. Accessible at www.popcenter.org/library.

*Other Publications*

Amendola, K.A., Weisburd, D. Hamilton, E., Jones, G., Slipka, M., **Shane, J.M** & Ortiz, C. (December 2011). The impact of law enforcement shift practices and extra-duty employment on various health, safety, performance, and quality of life measures. Washington, D.C: Police Foundation.

Jones-Brown, D. & **Shane, J.M.** (July 2011). An exploratory study of the use of informants in drug prosecutions in New Jersey. Newark, NJ: ACLU-NJ

**Shane, J.M.** (June 2010). Miranda's "clear-statement" requirement. New York City Police Department, *Executive Development Section Executive Newsletter*, *1*(2).

**Shane, J.M.** (Task force advisor and contributor). (2010). Reducing inherent danger: Report of the task force on police-on-police shootings. Albany, NY: New York State Task Force on Police-on-Police Shootings.

## CONFERENCE PRESENTATIONS AND INVITED LECTURES

*Conference Presentations*

"Policing the Mentally Ill: A Problem-Oriented Approach," Seminar on Legal and Ethical Issues in Psychiatry and General Medicine, invited lecture Columbia University Medical Center, **October 13, 2015.**

"United States Commission on Civil Rights, Office of Civil Rights Evaluation, panel on Police Practices and Prosecution of Police Deadly Force," invited panelist. Panel presentation, **April 20, 2015.**

"Successful and unsuccessful pirate attacks worldwide: A situational analysis." Annual Meeting Academy of Criminal Justice Sciences, Orlando, FL. **March 6, 2015.**

"Columbia University, School of Public Health, guest lecture on American policing and the relationship between crime and public health. Hosted by Dr. Sara Albiola. **February 23, 2015.**

"Terrorist Threat Perceptions of Police Leaders from Small and Medium Police Departments." Feature Roundtable: Annual Meeting Academy of Criminal Justice Sciences, Philadelphia, PA, **February 19, 2014.**

"The Police Employee Disciplinary Sentencing Matrix: An Emerging Concept." Annual Meeting Academy of Criminal Justice Sciences, Dallas, TX, **March 21, 2013.**

"A Study on Police Sector Integrity." Annual Meeting Academy of Criminal Justice Sciences, Dallas, TX, **March 21, 2013.**

"Abandoned Buildings and Lots." Annual Problem-Oriented Policing Conference, Providence, RI, **October 22-23, 2012.**

"Deterrence or system overload? The Effect of Imprisonment and Clearance Rates on Auto Theft in the United States." Annual Meeting American Society of Criminology, Washington, D.C: **November 16, 2011.**

"Organizational Stressors and Police Performance." Annual Meeting American Society of Criminology, San Francisco, Ca: **November 19, 2010.**

"The Myth of The American Police Quasi Military Model," Annual Meeting Academy of Criminal Justice Sciences, San Diego, CA: **February 26, 2010.**

"Rethinking Police Use of Confidential Informants," Annual Meeting Academy of Criminal Justice Sciences, San Diego, CA: **February 23, 2010.**

"Performance Management in Police Agencies: A Conceptual Framework," Poster presentation, Annual Meeting American Society of Criminology, Philadelphia, PA: **November 5, 2009.**

"Confronting Gun Traffickers: Stopping the Interstate Flow of Illegal Guns through Tracing and Analysis." Roundtable presentation with Christopher Andreychak, 2008 Annual Meeting American Society of Criminology, St. Louis, MO: **November 15, 2008.**

*Invited Lectures*

Inter-American Development Bank on policing in democratic societies, Washington, D.C., **December 2, 2013.**

National Institute of Justice roundtable on "sentinel events initiative" to uncover criminal justice system weaknesses that lead to organizational accidents, Washington, D.C., **May 21-22, 2013.**

"John Jay College panel participant providing the police perspective of Roger Graef's *When Cops Kill*, which explores police shootings and what really happens to the brain and body of police officers when they pull the trigger, **April 22, 2013.**

"Presentation to the Chinese People's Public Security University, Police Security Bureau, Beijing, China on creating a nexus between police workload and budget, police policy and practice issues." **November 29, 2011.**

"Developing a Performance Management Model," Leading Police Performance and Accountability Symposium 2010, Jamaica Constabulary Force, Kingston, Jamaica: **March 30 – April 2, 2010.**

"Tattletales and Victims: Rethinking Police Use of Confidential Informants," John Jay College Graduate Lecture Series: **November 30, 2009.**

"Key Administrative and Operational Differences in the Police Quasi Military Model," CUNY Hostos Community College, Bronx, NY: **October 13, 2009.**

"Eyewitness Identification: Improving Reliability and Preventing Wrongful Convictions," panel discussant providing a perspective on police policy and practice. American Judicature Society, Annual Meeting, New York City: **August 8, 2008.**

## SELECTED TRAINING WORKSHOPS

| Year | Date | Description |
|---|---|---|
| 2015 | April 4-17 | Uruguay National Police, Basic and Advanced Criminal Investigations, **Montevideo, Uruguay.** |
| 2014 | May 21-22 | U.S. Army Senior Military Police Leaders Conference of Performance Management Process, **Ft. Carson, CO; Ft. Bliss, TX; Ft. Riley, KS.** |
| | June 9 – 20 / September 15 – 26 | Uruguayan National Police, basic and advanced course in criminal investigations training workshop, Montevideo, Uruguay. |
| 2013 | July 9-11 | U.S. Army Senior Military Police Leaders Conference of Performance Management Process, **Ft. Hood, TX.** |
| | September 18-20 | U.S. Army Senior Military Police Leaders Conference of Performance Management Process, **Ft. Campbell, KY.** |
| | August 20 – September 5 / October 8 – 18 | Uruguayan National Police, basic and advanced course in criminal investigations training workshop, Montevideo, Uruguay. |
| 2010 | November 9 | New Haven (CT) Police Department Investigative Training Course, **West Haven, Connecticut.** |
| | March 30 to April 2 | Leading Police Performance and Accountability Symposium 2010, Jamaica Constabulary Force. Producers House Building, **Kingston, Jamaica.** |
| 2009 | September to November (Various dates) | Implementing and Institutionalizing CompStat in Maryland. Grant program with University of Maryland and Governor's Office of Crime Prevention, **Baltimore, MD.** |
| 2008 | April 22 | Developing a Performance Management Model. Ohio Association of Chiefs of Police. 2008 in-service training conference, **Deer Creek, Ohio.** |
| | June 23 | Developing a Performance Management Model. Florida Police Chiefs Association 56th Annual Summer Training Conference, **Palm Beach Gardens, Florida.** |
| | August 19 | Developing a Performance Management Model. Virginia Association of Chiefs of Police, Annual Conference, **Hot Springs, Virginia.** |
| | October 28 | Developing a Performance Management Model. The Houston Area Police Chief's Association, Woodlands Public Safety Training Center, **Conroe, Texas.** |
| 2007 | May 5 | Developing a Performance Management Model. Ottawa Association of Law Enforcement Planners. Algonquin College, **Ottawa, Ontario, Canada.** |
| | August 8 | Developing a Performance Management Model. Louisiana Attorney General's Command College, **Baton Rouge, Louisiana.** |
| | October 16-17 | Developing a Performance Management Model. International Association of Law Enforcement Planners, **Calgary, Alberta, Canada.** |

## PREVIOUS EMPLOYMENT AND RELATED EXPERIENCE

March 2006
July 2006
Consultant to Essex County College, Newark, NJ to assist with design and implementation of a geographic information system (GIS) training program for law enforcement and homeland security initiatives

February 2005
September 2005
*Staff Member*, NJ Attorney General's Office - Camden Commission for Public Safety. Final report accessible at http://www.state.nj.us/lps/com-report-camden.pdf

*Research Associate, Rutgers Police Institute.* Conducted public safety research and a police management study in Camden, NJ as a staff member of the *Camden Commission for Public* Safety. Research included a management study on efficiency and recommendations on best practices for organizational change, deployment and sustained crime control initiatives.

| | |
|---|---|
| May 2004 Present | *Senior Research Associate, Police Foundation Washington, D.C.* Currently, serving as a senior research associate to the Police Foundation on a variety of topics related to policing. Most recently, assisted preparing a research grant to the National Institute of Justice entitled: *A National Assessment of the Risks and Benefits of Shift Practices and Related Policies in Law Enforcement: Impact on Officer and Organizational Performance.* |
| October 2003 May 2004 | *Research Team Member, Rutgers Center for Mental Health.* Conducted research on police interactions and responses to persons with mental health issues. Study included conducting on site interviews with police officers as well as calls for service data analysis. |
| September 2003 September 2004 | *Differential Police Response: Neighborhood Social Disorganization and Police Response Time to Domestic Violence Calls.* Principal investigator and author of explanatory research on police response time to domestic violence calls in Newark, New Jersey. The objective was to explain the relationship between indicators of social disorganization and police response time to domestic violence calls for service. |
| March 1993 August 2003 | Successfully solicited by proposal over $50 million in state and federal grants for various police initiatives including community policing, personnel, equipment and training as a member of the Newark Police Department, Research, Analysis and Planning Division |
| June 2001 | Harvard University, John F. Kennedy School of Government and Police Executive Research Forum (PERF)—Senior Management Institute for Police, Session 25, Boston, MA |
| February to June 1998 | Federal Bureau of Investigation, FBI National Academy—193rd Session Quantico, Virginia |
| January to June 1997 | Police Foundation Washington, D.C. Visiting fellow, Police Fellowship Program |
| March 1989 December 2005 | Newark (NJ) Police Department (Retired, Captain of police). See below for detailed law enforcement experience. |
| December 1985 March 1989 | Clifton (NJ) Police Department |

## GRANTS AND FUNDING

| | | | |
|---|---|---|---|
| October 18, 2013 | Ministry of the Interior, Uruguay | $253,156.00 | Scholarship Program for training in Basic and Advanced Criminal Investigations for Uruguay National Police, 2014-2016 |
| October 18, 2012 | PSC CUNY (award #66767-00 44) | $10,003.74 | Principal investigator to examine maritime piracy using situational crime prevention theory |
| April 15, 2010 | PSC CUNY (award # 63310-00 41) | $3,990.00 | Principal investigator, to examine the impact of organizational stressors on police performance |
| November 2008 | State of Maryland Governor's Office of Crime Control Programs | $185,696.00 | Co-principal investigator with Dr. Rachel Boba, Dr. Jeanne Bilanin and Laura Wyckoff to develop and implement Compstat for police agencies throughout Maryland (University of Maryland—IGSR) |

## SERVICE
*Professional*

- American Society of Criminology, *Mentoring Program Committee* — 2015
- Peer-review member, *Crime Science* — 2014

- Peer-review member, *Criminology & Public Policy, The Sociological Quarterly* — 2012
- Editorial advisory board member, *International Journal of Emergency Services* — 2011
- Peer-review member, *Police Quarterly* — 2011
- ACJS 47th Annual Meeting, *Ethics in Policing, Modalities; Dynamics of Use of Force & The Police Command Structure*, Panel chair — 2010
- Delphi Panel participant, Incentive Research Foundation; offered a police perspective to re-validate and update *The Master Measurement Model of Employee Performance* study conducted in 1992 — 2010
- Peer-review member, *Taylor Francis Publishing, Police Practice & Research, International Journal of Comparative and Applied Criminal Justice, Criminal Justice & Behavior, Journal of Criminal Justice* — 2010
- Peer-review member, *Policing: An International Journal of Police Strategies & Management* — 2009-2010
- Book review member Thompson/Wadsworth publishing — 2009
- Rutgers School of Criminal Justice Alumni Association, Treasurer — 2009-2010
- Invited lecture, Benjamin Cardoza Law School — Mar 22, 2010
- Invited lecture, U.S. Department of Justice COPS Office National Leadership Roundtable, *Leadership For Public Safety II*, with the Community Policing Leadership Institute (CPLI) at the John Jay College of Criminal Justice Office of Continuing and Professional Studies — Apr 29-30, 2010

*Department*
- Grant development task force — 2011
- Police Studies Coordinator — 2009-2013
- LPS Faculty Research Salon Discussant — Nov 2009
- LPS full Curriculum Committee member — 2010-2014
- LPS ad hoc Curriculum Committee member — 2011-2012

*College*
- Faculty host for Professor Caifeng Zhang, Center of Police and Law, People's Public Security University of China, to facilitate her research agenda and introduce her to U.S. law enforcement — Apr – Jun 2013
- Criminal justice doctoral *Membership Committee* to review and recommend prospective doctoral faculty candidates — Oct 22, 2012
- Doctoral faculty member — Jan 14, 2011
- *Clinton Global Initiative*, faculty representative to student committee — 2009-2011
- Council of Major Coordinators — 2009-2013
- Council of Allied Major coordinators (Dean Ann Lopes, Committee Chair) — 2010-2011
- CUNY Faculty COACHE Survey — Nov 2009
- Chair of the AA Degree Educational Partnerships Committee, CUNY Justice Academy (David Barnet, Director of Educational Partnerships) — 2010-2011
- CRJ 101 student performance evaluation study participant — Sept-Dec 2009

*Community*
- New York City Police Department, Executive Development Section Article Contributor — Jun 2010
- Student outreach effort, Passaic County Technical Institute, Wayne, NJ (with Jeanette Taverez, Undergraduate Admission Counselor) — Mar 26, 2010
- Paterson (NJ) Mayor's Task Force on Crime and Violence — Oct 2009

## PROFESSIONAL AFFILIATION AND MEMBERSHIP

| | |
|---|---|
| Academy of Criminal Justice Sciences | 2009- Present |
| Police Executive Research Forum | 2003- Present |
| American Society of Criminology | 2004- Present |
| Society for Police and Criminal Psychology | 2008-2009 |