# BARKER, GELFAND, JAMES & SARVAS

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

*Atlantic County Office:*
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
(609) 601-8577 - Telefax

A. MICHAEL BARKER *
TODD J. GELFAND **
VANESSA E. JAMES **
JEFFREY P. SARVAS

GREG DiLORENZO
Adam Barker

*Burlington County Office:*
1 Eves Drive, Suite 111
Marlton, New Jersey 08053
(609) 601-8677
(609) 601-8577 – Telefax
E-Mail:
TGelfand@BarkerLawFirm.net
By Appointment Only

*Gloucester County Office:*
91 Circle Avenue
Pitman, New Jersey 08071
(856) 244-1854
Email: vjames@barkerlawfirm.net
By Appointment Only

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
** LICENSED TO PRACTICE IN PENNSYLVANIA

Website: www.barkerlawfirm.net
e-mail: AMBarker@BarkerLawFirm.net

**PLEASE REPLY TO
ATLANTIC COUNTY OFFICE**

May 3, 2022

*via ECF*
The Honorable Ann Marie Donio, USMJ
United States District Court
District of New Jersey/ Camden Vicinage

Re:     Audra Capps v. City of Millville, Police Officer Joseph Dixon, Police Officer Bryan Orndorf, and Millville Chief of Police Jody Farabella
Civil Action Number: 1:19-cv-12002-RMB-AMD

Tanika Joyce v. City of Millville, Jody Farabella, Joseph Dixon
Civil Action Number: 1:20-cv-01118-RMB-AMD

Barry Cottman v. City of Millville, Jody Farabella, Joseph Dixon, Robert Runkle
Civil Action Number: 1:19-cv-14122-NLH-AMD

Dear Judge Donio:

Our firm represents Defendants Chief Jody Farabella, Officer Bryan Orndorf (Capps case only), and the City of Millville in the above-captioned matters.

Per the Court's Order of April 20, 2022 (D.E. 136), we write to advise the Court that Defendants have no opposition to Plaintiffs' Motion to Seal and the documents filed under seal in relation to Plaintiffs' Motion to Compel should remain under seal.

Page 2
May 3, 2022
United States District Court
Re:         Capps v. Millville, et. al.
             Joyce v. Millville, et. al.
             Cottman v. Millville, et. al.

---

Thank you for your time and attention to this matter.

**BARKER, GELFAND, JAMES & SARVAS**
**a Professional Corporation**

By: __s/ A. Michael Barker_____
A. Michael Barker, Esquire

AMB

Cc:    Louis Shapiro, Esquire
        shap1@prodigy.net

        Justin Loughry, Esquire
        jtloughry@loughryandlindsay.com

        Thomas B. Reynolds, Esquire
        treynolds@reynoldshornlaw.com