UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                       Proceeding Date: May 12, 2022

**JUDGE ANN MARIE DONIO**

Court Reporter: Court Conference Line

| | |
|---|---|
| **TITLE OF CASE:** | **DOCKET NO.  19-12002(RMB/AMD) / 19-14122(CPO/AMD) / 20-1118(RMB/AMD)** |
| Audra Capps, et al | |
| v. | |
| Joseph Dixon, et al | |

&

**Barry Cottman**
v.
**Joseph Dixon, et al**

&

**Tanika Joyce**
v.
**Joseph Dixon, et al**

**APPEARANCES:**
Louis Shapiro, Esq. for plaintiffs Capps and Joyce
Justin Loughry, Esq. for plaintiff Cottman
Thomas Reynolds, Esq. for defendants Dixon and Runkle
Craig DiLorenzo, Esq. for defendants City of Millville, Farabella, Colon, Mulford, Hoffman, Duffield, E. Zadroga, McLaughlin, C. Zadroga, Redden, Heger, Ayars

**NATURE OF PROCEEDINGS:**   Telephone Status Conference

**DISPOSITION:**
Telephone Status Conference held on the record
Hearing on plaintiff's Motion for Sanctions [118] in 19-12002 and [102] in 20-1118
Oral Opinion read into the record
Ordered motion granted in part and dismissed without prejudice in part
Order to be entered.

                                                               *s/Susan Bush*
                                                               **DEPUTY CLERK**


Time Commenced: 2:34 p.m.  Time Adjourned: 3:18 p.m.  Total time: 44 mins.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings