# Louis Charles Shapiro, P.A.

*1063 East Landis Avenue*
*Vineland, New Jersey 08360*
*Telephone (856) 691-6800; Facsimile (856) 794-3326*

**LOUIS CHARLES SHAPIRO**
CERTIFIED CRIMINAL TRIAL ATTORNEY
LL.M. IN TRIAL ADVOCACY
MEMBER OF NJ AND PA BARS

**SAMUEL L. SHAPIRO**
ATTORNEY AT LAW
COUNSELOR AT LAW
1940 (ADMITTED TO NJ BAR) - 1996

Email: shap1@prodigy.net
Website: www.louischarlesshapiro.com

June 24, 2022

**BY ELECTRONIC FILING (ECF)**
Hon. Ann Marie Donio, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse, Room 2010
1 John F. Gerry Plaza, 4th & Cooper Streets
Camden, New Jersey 08101

Re:  Audra Capps, et al. v. Joseph Dixon, et al.
     Case No.: 1:19-cv-12002-RMB-AMD

     Tanika Joyce, et al v. Joseph Dixon, et al.
     Case No.: 1:20-cv-01118– RMB-AMD

     Barry Cottman v. Joseph Dixon, et al.
     Case No.: 1:19-cv-14122–NLH-AMD

Dear Judge Donio:

I represent Plaintiffs in the Capps and Joyce cases, and I am in receipt of Mr. Barker's letter of June 22, 2022 requesting additional time for his medical/damages expert reports. When Mr. Barker called my cell phone that afternoon, which I don't have on me while I'm in the office, I was engaged in a large project on another case which has taken up my entire week and which was just concluded moments ago. That said, I have conferred with Mr. Loughry and can speak for him, and we can advise that we have no objection to Mr. Barker's request. I thank the Court for its time and attention to these cases.

Respectfully,

LOUIS CHARLES SHAPIRO

cc: A. Michael Barker, Esquire (By ECF)
    Thomas Reynolds, Esquire (By ECF)
    Justin T. Loughry, Esquire (By email)