IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| AUDRA CAPPS and DOUGLAS ROBERT GIBSON, JR.,<br><br>        Plaintiffs,<br><br>  v.<br><br>JOSEPH DIXON, et al.,<br><br>        Defendants.<br>_____<br><br>BARRY COTTMAN,<br><br>        Plaintiff,<br><br>  v.<br><br>JODY FARABELLA, MILLVILLE CHIEF OF POLICE, et al.,<br><br>        Defendants.<br>_____<br><br>TANIKA JOYCE,<br><br>        Plaintiff,<br><br>  v.<br><br>JOSEPH DIXON, et al.,<br><br>        Defendants. | Civil No. 19-12002 (RMB/AMD)<br><br><br><br><br><br><br><br><br>Civil No. 19-14122 (NLH/AMD)<br><br><br><br><br><br><br><br><br>Civil No. 20-1118 (RMB/AMD)<br><br><br><br>**ORDER OF ADMINISTRATIVE TERMINATION** |

     This matter having come before the Court by way of telephonic status conference held on September 13, 2022, with all counsel as noted on the record; and it appearing that all parties consent to a stay and administrative termination of the above-

captioned matters; and good cause appearing for the entry of the within Order:

IT IS on this **15th** day of **September 2022**, hereby

**ORDERED** that the above-captioned matters shall be, and are hereby, stayed and administratively terminated pending further Order of the Court; and it is further

**ORDERED** that the Court will conduct a telephonic conference on **October 27, 2022 at 11:30 A.M.** Counsel shall utilize the following dial-in instructions for the conference call: 1-888-684-8852 / 2828702# / 654321#.

s/ Ann Marie Donio  
ANN MARIE DONIO  
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Noel L. Hillman
    Hon. Renée Marie Bumb