# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 22-1261 & 22-1262

Audra Capps, et al v. Joseph Dixon, et al

(U.S. District Court Nos.: 1-19-cv-12002 & 1-20-cv-01118)

## ORDER

It is hereby ORDERED that the above matters are dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    December 13, 2024
JK/cc:    A. Michael Barker, Esq.
Melissa E. Rhoads,
Louis C. Shapiro, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate